IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Wilson, Earl

Printed: 03/03/09

Case Number:  05 B 39643
Judge: Wedoff, Eugene R
Filed:  9/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 26, 2009
Confirmed:  November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,880.00 |  |
| Secured: |  | 4,306.54 |
| Unsecured: |  | 2,578.43 |
| Priority: |  | 2,539.59 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 655.44 |
| Other Funds: |  | 0.00 |
| Totals: | 11,880.00 | 11,880.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Bank Of America | Secured | 4,306.54 | 4,306.54 |
| 3. | Internal Revenue Service | Priority | 2,539.59 | 2,539.59 |
| 4. | Internal Revenue Service | Unsecured | 12.49 | 33.24 |
| 5. | Digital Federal Credit Union | Unsecured | 818.38 | 2,177.79 |
| 6. | Bank Of America | Unsecured | 138.06 | 367.40 |
| 7. | Harris N A | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,615.06 | $ 11,224.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 163.35 |
| 5% | 33.00 |
| 4.8% | 95.04 |
| 5.4% | 213.52 |
| 6.5% | 150.53 |
|  | $ 655.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Earl | Case Number: 05 B 39643 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 9/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*